IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GWEN DENTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0647 |
| ) | Judge Trauger |
| DETENTION HEALTHCARE ASSOCIATES, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The plaintiff has secured entry of default against defendant Detention Health Care Associates, Inc. (Docket No. 28) and has now filed a Motion For Default Judgment against this defendant, seeking a back pay award of $83,959, a front pay award of $98,700 and compensatory damages in the amount of $300,000. It is apparent from the record that the plaintiff arrived at a settlement with the other defendant in this action, White County Sheriff's Department (Docket No. 24). In order to avoid a windfall for the plaintiff, the court must be advised as to the amount of the settlement received by the plaintiff from defendant White County Sheriff's Department.

In addition, the plaintiff asserts that she saw a therapist for three years "to address the stress, depression and anxiety, which was exasperated by the discrimination, humiliation and retaliation I experienced both during and after my employment." (Docket No. 34 at 3) No documentation of this therapy has been furnished to the court. To assure that this therapy was, for the most part, necessitated by the actions of defendant Detention Health Care Associates, Inc., the court requires a report or affidavit from therapist Kathy Langford concerning the plaintiff's diagnosis and probable origins of the need for the therapy administered to the plaintiff

1

over the course of some three years. This report may be filed under seal by the plaintiff.

Upon receipt of this additional information, the court will enter an appropriate default judgment in favor of the plaintiff.

It is hereby **ORDERED** that the Clerk shall mail a copy of this Order by certified mail, return receipt requested, to the owner of defendant Detention Health Care Associates, Inc., at the address listed in the Certificate of Service to the Motion (Docket No. 32).

It is so **ORDERED**.

ENTER this 9th day of April 2012.

ALETA A. TRAUGER
U.S. District Judge

2