IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GWEN DENTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0647 |
| | ) | Judge Trauger |
| DETENTION HEALTHCARE ASSOCIATES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On April 9, 2012, the court entered an Order, requiring the plaintiff to submit additional materials before the court was in a position to award her a default judgment against defendant Detention Healthcare Associates, Inc. (Docket No. 35) As of the date of this Order, the plaintiff has not submitted the requested material. It is hereby **ORDERED** that the plaintiff shall submit the material requested in the court's previous Order (Docket No. 35) by June 11, 2012, or the court will deny the request for a money judgment against this defendant and close this case.

It is so **ORDERED**.

ENTER this 25th day of May 2012.

_____
ALETA A. TRAUGER
U.S. District Judge